FILED:  May 13, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1499
(1:25-cv-01536-LMB-WEF)

_____

S.W., by his parents and next friends, Seth Wolfe and Amanda Wolfe; J.S., by his parents and next friends, Jeffery Smith and Renae Smith

     Plaintiffs

 and

UNITED STATES OF AMERICA

     Appellant

v.

LOUDOUN COUNTY SCHOOL BOARD

     Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Joint appendix due: 07/02/2026

Opening brief due: 07/02/2026

Response brief due: 08/05/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk