FILED: June 30, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1499
(1:25-cv-01536-LMB-WEF)

_____

S.W., by his parents and next friends, Seth Wolfe and Amanda Wolfe; J.S., by his parents and next friends, Jeffery Smith and Renae Smith

      Plaintiffs

 and

UNITED STATES OF AMERICA

      Appellant

v.

LOUDOUN COUNTY SCHOOL BOARD

      Defendant - Appellee

_____

O R D E R

_____

Upon consideration of appellant's motion to hold case in abeyance or, in the alternative, for a 30 day extension to file the opening brief, the court grants the

motion. Briefing shall proceed on the following schedule:

Opening Brief due: 08/03/2026

Joint Appendix due: 08/03/2026

Response Brief due: 09/02/2026

Reply Brief (if any) due: Within 21 days of service of response brief.

For the Court

/s/ Nwamaka Anowi, Clerk