UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1499
(1:25-cv-01536-LMB-WEF)

_____

S.W., by his parents and next friends, Seth Wolfe and Amanda Wolfe; J.S., by his parents and next friends, Jeffery Smith and Renae Smith

Plaintiffs

and

UNITED STATES OF AMERICA

Appellant

v.

LOUDOUN COUNTY SCHOOL BOARD

Defendant - Appellee

_____

O R D E R

_____

Upon consideration of appellant's unopposed motion to hold appeal in abeyance, the court grants the motion and places this case in abeyance pending the

district court's issuance of a memorandum opinion related to its denial of the United States' motion to intervene.  The parties shall file a status report on August 27, 2026, and every 30 days thereafter until the district court's opinion is issued.

For the Court

/s/ Nwamaka Anowi, Clerk